**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**AMBER HADDER** **PLAINTIFF**

**v.** **CASE NO. 2:26-CV-00016-BSM**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**
Commissioner

# ORDER

United States Magistrate Judge Patricia Harris's proposed findings and recommendations [Doc. No. 17] are adopted. The Commissioner's motion to dismiss [Doc. No. 7] is denied.

IT IS SO ORDERED this 26th day of October, 2026.

UNITED STATES DISTRICT JUDGE